# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JACQUELINE C. MELCHER | Case No. 3:16-cv-05853-WHA<br><br>**AMENDED ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. Nos. 4, 5 |

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby (X) GRANTED ( ) DENIED. This Order supersedes the Court's November 14, 2016 Order.

**IT IS SO ORDERED.**

Dated: November 15, 2016.

_____
WILLIAM ALSUP
United States District Judge