1

2

3

4

5

6                                    IN THE UNITED STATES DISTRICT COURT

7                                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10      IN RE JACQUELINE MELCHER                          No. C 16-05851 WHA
                                                          No. C 16-05852 WHA
11                                                        No. C 16-05853 WHA

12

13                                                        **ORDER GRANTING MOTION**
                                                          **TO CONSOLIDATE APPEALS**
14

15      _____/

16

17          Debtor Jacqueline C. Melcher moves to consolidate three appeals (16-5851, 16-5852,

18      and 16-5853) arising out of the same bankruptcy.  Trustee John W. Richardson consents to the

19      consolidation.  Debtor's motion is **GRANTED**.

20          **IT IS SO ORDERED.**

21

22      Dated:  November 16, 2016.

23                                                        WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE
24

25

26

27

28

United States District Court
For the Northern District of California